## Lipinski, Appellant, *v.* Northeast Industrial District.

Argued March 23, 1971. Before Bell, C. J., Jones, Eagen, O'Brien, Roberts, Pomeroy and Barbieri, JJ.

*Julia Lipinski,* for appellant, in propria persona.

*James F. Manley,* with him *Burton C. Duerring,* for appellees.

Opinion Per Curiam, April 22, 1971:

While we sympathize with the views and contentions of appellant Julia Lipinski, the appeal is without legal merit and must be dismissed.

## Commonwealth *v.* Davis, Appellant.

Submitted November 9, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Bennett P. Weinstock,* for appellant.

*Stephen J. Margolin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 1, 1971:
Order affirmed.
Mr. Justice COHEN took no part in the decision of this case.

## Searles et al. *v.* Breiner et al., Appellants.

Argued January 19, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.